# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHAZ LESEAN BROWN

NO. 2022 KW 1358

**FEBRUARY 1, 2023**

---

In Re:   Chaz Lesean Brown, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 605914.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED.**

JMG
EW
SMM

COURT OF APPEAL, FIRST CIRCUIT

a. Sn

---
DEPUTY CLERK OF COURT
FOR THE COURT